# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELEANOR DACHTLER, an individual, | Case No.: 2:10-cv-00963 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO REMAND MATTER BACK TO EIGHTH JUDICIAL DISTRICT COURT** |
| ALBERT ANDERSON; PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA a/k/a OFFICE OF SERVICEMEMBERS' GROUP LIFE INSURANCE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between plaintiff Eleanor Dachtler ("Dachtler" or "Plaintiff"), and defendant Albert Anderson ("Anderson" or "defendant"), by and through their respective counsel of record, that this matter be remanded back to the Eighth Judicial District Court.

Defendant Prudential Life Insurance Company of America a/k/a Office of Servicemembers' Group Life Insurance ("Prudential") filed its petition to have this matter removed from State Court and heard by Federal Court on June 18, 2010. Approximately one month later Prudential filed its motion to dismiss, which was granted by the Court on February

///
///
///
///

23, 2011. The remaining parties therefore respectfully request this matter be remanded back to State Court.

IT IS SO STIPULATED.

DATED this 20th day of July, 2011.

HUTCHISON & STEFFEN, LLC

BY: /s/ Patricia Lee
Patricia Lee (8287)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorney for plaintiff Eleanor Dachtler*

DATED this 22 day of July, 2011.

ALVERSON TAYLOR MORTENSEN & SANDERS

BY: /s/
Kurt R. Bonds (6228)
Alan V. Mulliner (10409)
7401 West Charleston Blvd.
Las Vegas, Nevada 89117

*Attorneys for defendant Albert Anderson*

IT IS SO ORDERED.

DATED this 10th day of August, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE